IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill, Latisa

Printed: 01/06/09

Case Number: 08 B 19027
Judge: Hollis, Pamela S
Filed: 7/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 0.00 |
| 2. | AT&T Wireless | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 1,252.00 | 0.00 |
| 4. | J V D B & Associates | Secured | 2,323.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 110.22 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 172.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 247.65 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 51.07 | 0.00 |
| 9. | CB USA | Unsecured | 200.14 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 87.11 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured | 50.63 | 0.00 |
| 12. | HSBC Taxpayer Financial Services | Unsecured | 397.47 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 132.29 | 0.00 |
| 14. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 15. | Credit Management Co. | Unsecured | | No Claim Filed |
| 16. | Bally's | Unsecured | | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 19. | Credit Management Co. | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | AFNI | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |
| 26. | I C Systems Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill, Latisa

Printed: 01/06/09

Case Number: 08 B 19027
Judge: Hollis, Pamela S
Filed: 7/24/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | I C Systems Inc | Unsecured | | No Claim Filed |
| 28. | LVNV Funding | Unsecured | | No Claim Filed |
| 29. | Medical Collections | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | Medical Collections | Unsecured | | No Claim Filed |
| 34. | Unique National Collection | Unsecured | | No Claim Filed |
| 35. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 8,497.58 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

